IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and
CHARLES DUFF, Revenue Officer,
Internal Revenue Service,                      No. MISC. S-08-0065 DAD

       Petitioners,

   v.                                            ORDER

ROBERT J. PRATT,

       Respondent.

_____/

       Pursuant to the Notice of Compliance and Suggestion to Close File filed by

petitioners on October 20, 2008, IT IS HEREBY ORDERED that:

       1.  This action is dismissed without prejudice; and

       2.  The Clerk of the Court is directed to close the case.

DATED: November 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/pratt0065.ord.dism